Judge Berman

07 CV 6001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ROBERT BLISS,

Plaintiff,

- against -

NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK,

Defendant.

-----------------------------------------------------------------X

**RULE 7.1 STATEMENT**

RECEIVED JUN 25 2007 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation a/k/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

> Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated: New York, New York
June 23, 2007

Respectfully submitted,

LANDMAN CORSI BALLAINE & FORD P.C.

By: [signature]

Mark S. Landman
Attorneys for Defendant Amtrak
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

TO: Thomas E. Mehrtens, P.C.
Thomas E. Mehrtens, Esq.
Attorneys for Plaintiff
107 Lake Avenue
Tuckahoe, New York 10707
(914) 643-6517

NOTICE OF ENTRY

PLEASE take notice that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for*

*Office and Post Office Address*
120 Broadway
NEW YORK, N.Y. 10271-0079

To

Attorney(s) for

NOTICE OF SETTLEMENT

PLEASE take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at

on
at M.
Dated,

Yours, etc.

LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for*

*Office and Post Office Address*
120 Broadway
NEW YORK, N.Y. 10271-0079

To

Attorney(s) for

Index No. Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BLISS,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK,

Defendant.

## RULE 7.1 STATEMENT

Signature (Rule 130-1.1-a)

Print name beneath

LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for*
AMTRAK
*Office and Post Office Address, Telephone*
120 Broadway
NEW YORK, N.Y. 10271-0079
(212) 238-4800
FAX: (212) 238-4848

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated

..........................................................................................

Attorney(s) for