USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07

# THOMAS E. MEHRTENS, P.C.

ATTORNEY AND COUNSELOR-AT-LAW

107 LAKE AVENUE

TUCKAHOE, NEW YORK 10707

914-643-6517

E-MAIL: mehrtens@optonline.net

FAX: 914-779-4942

**MEMO ENDORSED**

July 2, 2007

RECEIVED
JUL 06 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

By Mail
Hon. Richard M. Berman
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Robert Bliss v. National Railroad Passenger Corporation a/k/a Amtrak
    07 CV 6001 (RMB)

Honorable Sir:

I represent the plaintiff. I am writing to request an adjournment of the initial conference scheduled for Friday July 27 at 10:15 a.m. to Monday July 30 in the late morning or early afternoon.

I have conferred with defense counsel and Mr. Landman consents to this request.

There have been no previous requests for an adjournment and the requested adjournment does not affect any other dates.

Thank you for your attention to this matter.

Very truly yours,

Thomas E. Mehrtens, P.C. (TM 5493)

Cc By Mail
Mark S. Landman, Esq. (ML 7654)
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, New York 10271-0079

7/19/07 @ 10:30.

SO ORDERED
Date: 7/10/07   Richard M. Berman
Richard M. Berman, U.S.D.J.