UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JURY DEMAND

---

ROBERT BLISS,

07 CV 6001 (RMB)

        Plaintiff,

  - against -

NATIONAL RAILROAD PASSENGER CORPORATION
a/k/a AMTRAK,

        Defendant.

---

Pursuant to Rule 38 of Federal Rules of Civil Procedure, the Plaintiff demands a trial by jury of all issues in this matter.

Dated: Tuckahoe, New York
       July 7, 2007

                      Respectfully submitted,

                      Thomas E. Mehrtens, P.C.

                      By: _____

                      Thomas E. Mehrtens (TM-5493)

                      Attorney for Plaintiff
                      107 Lake Avenue
                      Tuckahoe, New York 10707
                      914-643-6517

To:
    Mark S. Landman, Esq.
    Landman Corsi Ballaine & Ford P.C.
    120 Broadway, 27th Floor
    New York, New York 10271-0079
    212-238-4800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Affidavit of Service

-----------------------------------------------------------------

ROBERT BLISS,

07 CV 6001 (RMB)

                Plaintiff,

            - against -

NATIONAL RAILROAD PASSENGER CORPORATION
a/k/a AMTRAK,

              Defendant.

-----------------------------------------------------------------

    THOMAS E. MEHRTENS, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Tuckahoe, New York. That on July 9, 2007 deponent served a copy of the Jury Demand dated July 7, 2007 upon:

    Mark S. Landman, Esq.
    Landman Corsi Ballaine & Ford P.C.
    120 Broadway, 27th Floor
    New York, New York 10271-0079
    212-238-4800

by mailing a true copy of the said papers to the stated address, by placing the said papers in a properly addressed sealed envelope with proper postage and placing same in a mail box and into the exclusive care and custody of the United States Postal Service in Tuckahoe, New York.

                                              Thomas E. Mehrtens

Sworn to before me
This ____ day of July, 2007

CAMILLE Di SALVO
Notary Public, State of New York
No. 01DI4752073
Qualified in Westchester County
Commission Expires Feb. 28, 2010