UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT BLISS,

        Plaintiff,

- against -

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK,

        Defendant.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07-CV- 6001 (RMB)

**PLEASE TAKE NOTICE** that on behalf of defendant National Railroad Passenger Corporation, d/b/a Amtrak, the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned.

Dated:    New York, New York
             July 13, 2007

                                            Yours, etc.

                                            LANDMAN CORSI BALLAINE & FORD P.C.

                              By:  */s/ Amanda Kaufman*
                                            Amanda Kaufman (AK 1202)
                                            Attorneys for Defendant Amtrak
                                            120 Broadway, 27th Floor
                                            New York, New York 10271
                                            (212) 238-4800

TO:    Thomas E. Mehrtens, P.C.
         Attorney for Plaintiff
         107 Lake Avenue
         Tuckahoe, New York 10707
         (914) 643-651

444515.1 DocsNY

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

    **MIRIAM DEIKUN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at QUEENS, NEW YORK.

    That on the 13th day of July, 2007, deponent served the within **NOTICE OF APPEARANCE**

upon

        Thomas E. Mehrtens, P.C.
        Thomas E. Mehrtens, Esq.
        Attorneys for Plaintiff
        107 Lake Avenue
        Tuckahoe,  New York 10707

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                Miriam Deikun

Sworn to before me this
13th day of July, 2007

_____
      Notary

                  JELENA BRIGIDA
              Notary Public, State of New York
                   No. 01BR6156932
               Qualified in Kings County
             Commission Expires Dec. 4, 2010