UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  NOTICE OF APPEARANCE
ROBERT BLISS,

      Plaintiff,                                  07 – CV – 6001 (RMB)

  - against -

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK,

      Defendant.
------------------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned attorney represents the Plaintiff in the above captioned matter and that all further pleadings, papers and documents required to be served in this action upon the Plaintiff should be served upon the undersigned.

Dated: Tuckahoe, New York
      July 16, 2007

                                      Yours, etc.

                                      Thomas E. Mehrtens, P.C.

                                  By: _____

                                    Thomas E. Mehrtens (TM 5492)
                                    Attorney for Plaintiff
                                    107 Lake Avenue
                                    Tuckahoe, New York 10707
                                    914-643-6517

To: Landman Corsi Ballaine & Ford P.C.
    Attorneys for Defendant
    120 Broadway, 27th Floor
    New York, New York 10271
    212-238-4800