UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT BLISS            Plaintiff(s),

- v -

National Railroad Passenger Corporation
a/k/a Amtrak            Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

07 CV. 6001 (RMB)

U.S. DISTRICT COURT FILED JUL 2 0 2007 S.D. OF N.Y.

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by __Within 30 days of completion of EBTs__

(ii) Amend the pleadings by __Within 30 days of completion of EBTs__

(iii) All discovery to be **expeditiously** completed by __December 19, 2007 (Fact + Expert)__

(iv) Consent to Proceed before Magistrate Judge _____

(v) Status of settlement discussions __Preliminary Stages__ 12/20/07 @ 9:15 with principals

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

SO ORDERED: New York, New York
7/19/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07

RMB
Hon. Richard M. Berman, U.S.D.J.