## LANDMAN CORSI BALLAINE & FORD

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

AMANDA KAUFMAN
ASSOCIATE

TEL: (212) 238-4818
EMAIL: akaufman@lcbf.com

120 BROADWAY
27TH FLOOR
NEW YORK, NY 10271-0079

TELEPHONE (212) 238-4800

FACSIMILE (212) 238-4848

www.lcbf.com



NOV 0 5 2007

CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.
Tel: (973) 623-2700

2133 Arch Street
Philadelphia, PA 19103
Tel: (215) 561-8540

November 2, 2007

**By Mail**
Honorable Richard M. Berman
U.S. District Court, Southern District
U.S. Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1312

**MEMO ENDORSED**
p.2

Re:         Bliss v. Amtrak
Index No.:   07 CV 6001
Our File No.: 148-2128

Dear Judge Berman:

We represent defendant Amtrak in the above-reference matter. We respectfully request a 30 day extension of the discovery schedule and an adjournment of the upcoming conference on December 20, 2007. We spoke to plaintiff's counsel who consents to our request to adjourn this matter.

While we have been moving forward with discovery, the parties have been trying to settle this matter. We are trying to locate a witness with knowledge of the alleged incident to produce on behalf of Amtrak. We also need to designate an expert to perform an independent medical examination of plaintiff. In light of the outstanding discovery, we request that you please consider our request for an adjournment until one of the following dates that work for both sides: January 21, 2008; January 24, 2008; January 25, 2008; January 28, 2008; January 29, 2008; January 30, 2008; January 31, 2008; and February 1, 2008.

This is our first request for an adjournment in this action.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/05/07

Respectfully submitted,

Amanda Kaufman (AK 1202)

451124.1 DocsNY

Landman Corsi Ballaine & Ford P.C.


Honorable Richard M. Berman
November 2, 2007
Page 2


cc:    Thomas E. Mehrtens, P.C. (TM-5493)
       Attorney for Plaintiff
       107 Lake Avenue
       Tuckahoe, New York 10707
       (914) 643-6517


30-DAY DISCOVERY EXTENSION IS
GRANTED. (FACT AND EXPERT.)

CONFERENCE IS ADJOURNED UNTIL
1/24/08 AT 9:30 A.M.


SO ORDERED:
Date: 11/5/07        Richard M. Berman
                     Richard M. Berman, U.S.D.J.