UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ROBERT BLISS,

      Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK,

      Defendant.
------------------------------------------------------X

**MEMO ENDORSED**

**STIPULATION**

07 CV 6001 (J. BERMAN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned:

1. That, Defendant National Railroad Passenger Corporation a/k/a Amtrak admits liability for the accident involving the subject plaintiff on October 24, 2006;

2. The only issues for discovery and trial will be medical causation and the amount of compensatory damages to which plaintiff is entitled;

3. Plaintiff withdraws all discovery requests, including but not limited to all notices of deposition, interrogatories and notices to admit except numbers 1 through 14 in the Notice to Admit dated December 14, 2007, regarding photographs. Defendant, however, reserves its right to object to the admissibility at trial of such photographs on all grounds; and

4. This Stipulation may not be used or referred to in any litigation other than the matter herein.

*5. Parties to work on good faith settlement ASAP!*

Dated: New York, New York
       December 20, 2007

THOMAS E. MEHRTENS, P.C.
_Thom E. Mehrtens_
Thomas E. Mehrtens, P.C. (TM 5493)
Attorney for Plaintiff
107 Lake Avenue
Tuckahoe, New York 10707
(914) 643-6517

LANDMAN, CORSI, BALLAINE & FORD, P.C.
_Amanda Kaufman_
Amanda Kaufman (AK 1202)
Attorneys for Defendant Amtrak
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

So Ordered: _RMB_
United States District Judge
1/2/08

_Richard M. Berman_



RECEIVED
43776 JAN 02 2008
CHAMBERS OF
RICHARD M BERMAN
U.S.D.J.