# THOMAS E. MEHRTENS, P.C.
Attorney and Counselor-at-Law
107 LAKE AVENUE
TUCKAHOE, NEW YORK 10707

E-mail: mehrtens@optonline.net        914-643-6517        Fax: 914-779-4942

---

January 22, 2008

 

By Hand Delivery
Hon. Richard M. Berman
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Robert Bliss v. National Railroad Passenger Corporation a/k/a Amtrak
    07 CV 6001 (RMB)

Honorable Sir:

I represent the plaintiff, Robert Bliss.

I am writing to request an adjournment of the settlement conference scheduled for Thursday January 24 to Tuesday February 19. I discussed this request with defense counsel Mark S. Landman and he agrees to the adjournment.

There are two reasons for my request. First, Mr. Bliss was just examined on Tuesday January 15 by the doctor appointed by defense counsel and as of this writing we have not received the report of the examination. An adjournment will allow us time to obtain the medical report and resume settlement discussions before a conference with Your Honor.

Secondly, my client lost his left leg at the hip in Viet Nam and the injury he sustained on Amtrak in 2006 to his right knee makes traveling even more difficult. He is certainly capable of traveling but he just made the trip from Plymouth Massachusetts last week for the physical examination and an adjournment will give him more time to rest up.

If the adjournment is granted, I also request the time of the conference be at 2:00 p.m. if possible as this will allow Mr. Bliss and his wife to travel the same day rather than have to come in the day before and stay in a hotel.

Re: Robert Bliss v. National Railroad Passenger Corporation a/k/a Amtrak
07 CV 6001 (RMB)

Thank you for your attention to this matter.

Very truly yours,

Thomas E. Mehrtens, P.C. (TM 5493)

Cc By Hand Delivery
Amanda Kaufman, Esq. (AK 1202)
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, New York 10271-0079
212-238-4800

> CONFERENCE ADJOURNED UNTIL
> 2/19/08 AT 2:00 P.M.
> WITH PRINCIPALS.
>
> SO ORDERED:
> Date: 1/22/08
> Richard M. Berman, U.S.D.J.

2