# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| AMANDA KAUFMAN<br>ASSOCIATE<br>TEL: (212) 238-4818<br>EMAIL: akaufman@lcbf.com | 120 BROADWAY<br>27TH FLOOR<br>NEW YORK, NY 10271-0079<br>TELEPHONE (212) 238-4800<br>FACSIMILE (212) 238-4848<br>www.lcbf.com | One Gateway Center<br>Newark, NJ 07102<br>Tel: (973) 623-2700<br>2133 Arch Street<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

**MEMO ENDORSED**

February 14, 2008

**By Hand**
Honorable Richard M. Berman
U.S. District Court, Southern District
U.S. Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1312

> We can discuss extension on 2/19/08. It would be preferable if you all settled before the conference.
>
> SO ORDERED
> Date: 2/15/08
> Richard M. Berman, U.S.D.J.

Re:    Bliss v. Amtrak
Index No.:    07 CV 6001
Our File No.:    148-2128

Dear Judge Berman:

      We represent defendant Amtrak in the above-reference matter. While we have been moving forward with discovery, the parties have been trying to settle this matter. We hope to be able to settle the case and respectfully request a 30 day extension to submit the joint pre-trial order, which is due on Tuesday, February 19, 2008. In light of the settlement conference scheduled for the same date, we spoke to plaintiff's counsel who consents to our request to extend the deadline for the pre-trial order.

Respectfully submitted,

*Amanda Kaufman*
Amanda Kaufman (AK 1202)

cc:    Thomas E. Mehrtens, P.C. (TM-5493) (via telecopier)
Attorney for Plaintiff
107 Lake Avenue
Tuckahoe, New York 10707
(914) 643-6517



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-08

456680.1 DocsNY