# THOMAS E. MEHRTENS, P.C.
Attorney and Counselor-at-Law
107 LAKE AVENUE
TUCKAHOE, NEW YORK 10707
914-643-6517

E-mail: mehrtens@optonline.net

Fax: 914-779-4942



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3/20/08

March 19, 2008

By Hand Delivery
Hon. Richard M. Berman
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Robert Bliss v. National Railroad Passenger Corporation a/k/a Amtrak
    07 CV 6001 (RMB)

Honorable Sir:

I represent the plaintiff, Robert Bliss. I am writing to request a 1 day adjournment of the trial scheduled for Monday May 19 to Tuesday May 20. I discussed this request with defense counsel Mark S. Landman and he agrees to the adjournment.

We need only 2 days to try the case and the experts are both available on Wednesday May 21. We propose to complete the jury selection and non-expert witnesses on Tuesday and both experts on Wednesday. We anticipate there will be ample time for summations and charge on Wednesday.

Thank you for your attention to this matter.

Very truly yours,

Thomas E. Mehrtens, P.C. (TM 5493)

Cc By Hand Delivery
Amanda Kaufman, Esq. (AK 1202)
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, New York 10271-0079
212-238-4800

Conference with principals on 5/9/08 @ 9:00. Trial will begin on 5/20/08 @ 9:00 A.M.

SO ORDERED:
Date: 3/20/08
Richard M. Berman, U.S.D.J.