# THOMAS E. MEHRTENS, P.C.
Attorney and Counselor-at-Law
107 LAKE AVENUE
TUCKAHOE, NEW YORK 10707

E-mail:  mehrtens@optonline.net                    914-643-6517                    Fax:  914-779-4942

---

April 17, 2008

By Overnight Mail
Hon. Richard M. Berman
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-21-08

APR 18 2008

Re:  Robert Bliss v. National Railroad Passenger Corporation a/k/a Amtrak
     07 CV 6001 (RMB)

**MEMO ENDORSED**

Honorable Sir:

I represent the plaintiff, Robert Bliss. I am writing to enclose the trial materials and to request a change in the time, if possible, in the time for the settlement conference scheduled for Friday May 9 from 9:00 a.m. to Noon or perhaps 11:00 a.m. or 2:00 p.m.

Mr. Bliss has a 4½ hour commute from Plymouth Massachusetts and the time change would make his commute a little easier. I discussed this request with defense counsel Mark S. Landman and he agrees to the change in time.

I have enclosed the Pre-Trial Order, Joint Requests To Charge, Verdict Sheet and Vire Dire. Mr. Landman and I are in agreement with the content of all of these submissions. The sample Requests To Charge provided by the Court was extremely helpful. We simply followed the model of the Boris Vays case and adapted it to our case.

Thank you for your attention to this matter.

Very truly yours,

*[signature]*
Thomas E. Mehrtens, P.C. (TM 5493)

Cc By Overnight Mail to

---

*[Handwritten endorsement:]* May 8 @ 2:00 P.M. is fine. We need the exhibits + Pl's responses to Df's objections by 4/25/08 (noon). (Note new conf. date.)

SO ORDERED
Date: 4/21/08   *[signed]* Richard M. Berman
                              Richard M. Be---

Re: Robert Bliss v. National Railroad Passenger Corporation a/k/a Amtrak
    07 CV 6001 (RMB)

Mark Landman, Esq. (ML 7654)
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, New York 10271-0079
212-238-4800