# THOMAS E. MEHRTENS, P.C.
Attorney and Counselor-at-Law
107 LAKE AVENUE
TUCKAHOE, NEW YORK 10707
914-643-6517

E-mail: mehrtens@optonline.net

Fax: 914-779-4942

**MEMO ENDORSED**

May 3, 2008

By Overnight Mail
Hon. Richard M. Berman
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Robert Bliss v. National Railroad Passenger Corporation a/k/a Amtrak
    07 CV 6001 (RMB)

Honorable Sir:

I represent the plaintiff, Robert Bliss. I made a previous application with the consent of defense counsel to move the trial date from Monday May 19 to Tuesday May 20 and Your Honor granted my application.

My expert had a conflict arise and so I now make another application, again with the consent of defense counsel to whom I am grateful, to move the trial date back to May 19. After jury selection, I would put on Mr. Bliss and Dr. Guy and I would put on Dr. Guy first if necessary depending upon the time. Defense counsel could have his expert, Dr. Cushner, testify on Tuesday afternoon followed by summations and charge – and perhaps the verdict by Tuesday afternoon.

Thank you for your courtesy and attention to this matter.

Very truly yours,

Thomas E. Mehrtens, P.C. (TM 5493)

Cc By Overnight Mail to Mark Landman, Esq. (ML 7654)
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, New York 10271-0079
212-238-4800

> All witnesses need to be lined up so there are no breaks (even if taken out of turn). The trial ends when there are no more witnesses. Application granted. Note: the Court will not so order a settlement after 5/9/08.
>
> SO ORDERED:
> Date: 5/6/08
> Richard M. Berman, U.S.D.J.

5/6/08