UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------X

ROBERT BLISS,

**STIPULATION DISCONTINUING ACTION**

Plaintiff,

07 CV 6001 (J. BERMAN)

-against-

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK,

Defendant.

----------------------------------------------------X

IT IS HEREBY STIPULATED TO AND AGREED, by and between the undersigned, the

attorneys of record for the parties to the above entitled action, that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above entitled action be, and the same

hereby is discontinued with prejudice, without costs to any party as against any other party. This

stipulation may be filed without further notice with the Clerk of the court.

Dated: New York, New York

    May 12, 2008

THOMAS E. MEHRTENS, P.C.

Thomas E. Mehrtens (TM 5493)
Thomas E. Mehrtens, P.C.
Attorney for Plaintiff
107 Lake Avenue
Tuckahoe, New York 10707
(914) 643-6517

LANDMAN, CORSI, BALLAINE & FORD, P.C.

Mark Landman, Esq. (ML 7654)
Attorneys for Defendant Amtrak
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

SO ORDERED: _____

Hon. Richard M. Berman
6/10/08